IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ANTHONY MICHAEL YAGER, )
)
    Petitioner, )
)
v. )   Civil Action No. 3:25-cv-314–HEH
)
J. BIENEMY, )
)
    Respondent. )

**MEMORANDUM OPINION**
(Dismissing 28 U.S.C. § 2241 Petition Without Prejudice)

Petitioner Anthony Michael Yager, proceeding *pro se*, submitted a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. By Memorandum Order entered on May 2, 2025, the Court directed Petitioner to complete and return, within thirty (30) days of the date of entry thereof, an affidavit in support of his request to proceed *in forma pauperis* or pay the $5.00 filing fee. More than thirty (30) days have elapsed and Petitioner has not returned the required *in forma pauperis* affidavit. Petitioner also has failed to pay the assessed fee or adequately explain any special circumstances warranting excuse from payment. Accordingly, the § 2241 petition will be dismissed without prejudice.

An appropriate order will accompany this Memorandum Opinion.

                                           /s/
                            Henry E. Hudson
Date: June 9, 2025     Senior United States District Judge
Richmond, Virginia